UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERVANDO LOPEZ,<br>          Plaintiff,<br>    v.<br>MARY BECKETT, et al.,<br>          Defendants. | Case No. 24-cv-07279-VC<br><br>**ORDER OF DISMISSAL** |

Servando Lopez, a California state prisoner proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. The court dismissed the complaint with leave to amend. Lopez filed an amended complaint, which the court again dismissed with leave to amend.

The time to file a second amended complaint has passed and Lopez has not filed a second amended complaint or otherwise responded to the court's order. Accordingly, this action is dismissed without prejudice. The clerk shall issue a separate judgment and close the file.

**IT IS SO ORDERED.**

Dated: August 21, 2025

VINCE CHHABRIA
United States District Judge